**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 16, 2024

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. McLaughlin,* 24 Cr. 30 (NRB)

Dear Judge Buchwald:

The Government writes on behalf of the parties to respectfully request a 60-day adjournment of the conference scheduled in the above-captioned matter for April 25, 2024 at 11:00 a.m. The defendant has applied to the Southern District of New York's Young Adult Opportunity Program ("YAOP"). A final decision on the defendant's application remains pending. The requested adjournment will allow the defense time to review discovery and for the parties to discuss a potential resolution of this case in the event the defendant is not accepted into the YAOP. The Government, with the consent of the defense, respectfully moves to exclude time until the new date the Court sets pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). This is the parties' first request for an adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Brandon C. Thompson
Alexandra S. Messiter
Assistant United States Attorneys
(212) 637-2444 / 2544

[Handwritten annotation: The conference is adjourned until June 27, 2024 at 11 a.m. Speedy trial time excluded. So Ordered. Naomi Reice Buchwald, USDJ. April 17, 2024]

cc: Daniel Parker, Esq.