**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

June 18, 2024

**By ECF and email**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Keyon McLaughlin</u>
24 Cr 030 (NRB)

Dear Judge Buchwald:

I write with the consent of the Government requesting that the Court adjourn the conference currently scheduled for June 27, 2024 for approximately 30 days.

We are currently waiting on a decision as to whether Mr. McLaughlin will be accepted into the Young Adult Opportunity Program. In addition, I require further time to review the discovery material in this case and to discuss a possible disposition with the Government.

I have communicated with AUSA Brandon Thompson and the Government does not object to this request.

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter. Further, we consent to the exclusion of time under the Speedy Trial Act.

Thank you for your consideration in this matter.

Respectfully,

Daniel S. Parker

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street

*[Handwritten annotation: The conference is adjourned until July 23, 2024 at noon. So Ordered. Naomi Reice Buchwald, USDJ 6/18/24]*

1

6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com
Attorney for Keyon McLaughlin

Cc: AUSA B. Thompson
　　AUSA A. Messiter (by ECF and email)