**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

**DANIEL S. PARKER**  TELEPHONE: (212) 239-9777
MICHAEL CARMODY   FACSIMILE: (212) 239-9175
   DanielParker@aol.com

October 21, 2024

**By ECF and email**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Keyon McLaughlin**
    **24 Cr 030 (NRB)**

Dear Judge Buchwald:

     I write with the consent of the Government requesting that the Court adjourn the conference currently scheduled for November 21, 2024 until a date within the first two weeks of January, 2025.

     I will be in the midst of a two-week trial in the SDNY on the next scheduled conference date.  I will be away on vacation commencing on December 13, 2024.

     I have spoken with AUSA Brandon Thompson and the Government does not object to this request.

     As the Court was made aware of today, Mr. McLaughlin was arrested on Friday October 18, 2024 on a Hobbs Act robbery case in the EDNY for which he is detained.  In this case, the Government has extended a plea offer which Mr. McLaughlin intends to accept.  However, given his new case, I need to speak with him and counsel in the EDNY.

     Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter, granting a request to adjourn the upcoming conference.  Further, we consent to the exclusion of time under the Speedy Trial Act.

     Thank you for your consideration in this matter.

```
Application granted.  The conference
is adjourned until January 14, 2025
at 12 P.M. Speedy trial time is
excluded until then.  See 18 U.S.C.
§ 3161(h)(7)(A).
```
**So ordered.**

*[Signature: Naomi Reice Buchwald]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: October 22, 2024
       New York, New York
```

Respectfully,

*[Signature: Daniel S. Parker]*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com
Attorney for Keyon McLaughlin

Cc: AUSA B. Thompson
    AUSA A. Messiter (by ECF and email)